UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**UNITED STATES OF AMERICA,**

   **Plaintiff,**

 v.

   Case No. 2:20-cr-95
   **Judge Sarah D. Morrison**

**LARRY DEAN PORTER,** *et al.***,**

   **Defendants.**

## ORDER

  The Court held a Final Pretrial Conference on August 2, 2022 at 11:00 a.m. and heard brief oral argument from the parties on pending motions in limine. For the reasons stated on-the-record at that Conference and herein:

  The Government's Motion in Limine to Permit Live Televised Testimony via Two-Way Closed Circuit Television of Minor Victims (ECF No. 394) is **DENIED AS MOOT**. An alternative solution was proposed and agreed to by the Court and parties on-the-record.

  Defendant Larry Dean Porter's Motion in Limine to Exclude the Tape-Recording of the Encounter between Mr. Porter and "E.A." (ECF No. 403) is **DENIED AS MOOT**. The Government will not offer the tape-recording into evidence.

  Defendant Larry Dean Porter's Motion in Limine Re. Rule 414/404(b) Witnesses (ECF No. 399) and Motion in Limine to Exclude Reference to Domestic

Violence Allegation (ECF No. 409) are **DENIED**. Defendant Larry Dean Porter's related objection in his Response to Government's Notice of Intent to Introduce Other Acts Evidence (ECF No. 427) is **OVERRULED**.

The Government's Motion in Limine Regarding Victim Identification at Trial (ECF No. 457) is **GRANTED IN PART** and **DENIED IN PART**. The minor victims referred to in the Second Superseding Indictment as "Minor Victim 1", "Minor Victim 2", and "Minor Victim 3" (*see* ECF No. 121) will be referred to by their initials. Any other victims who are children at the time of the trial—persons under the age of 18, *see* 18 U.S.C. § 3509—will also be referred to by their initials. All other victims and witnesses discussed in the Government's Motion who are adults at the time of the trial will be referred to by their first name and last initial.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**